UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HOMELIFT OF NASHVILLE, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:13-0945 |
| | ) | JUDGE CAMPBELL |
| PORTA, INC. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Remand (Docket No. 7) is GRANTED.

The Clerk is directed to remand this case to the Circuit Court for Wilson County, Tennessee.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE